August 29th, 2014



To whom it may concern,

I am writing to update my address with the court in order to receive a disbursement owed to me in the amount of $759.89 from bankruptcy case #09-45760 from the year 2009 involving Kirk Eugene Mullins.

The disbursement is under my maiden name of Jessica L. Wheeler, and for your records, my current name is Jessica L. James.

**My current address is:**

116 E. 30th Street

**Kansas City, MO 64108**

816.686.9643

Please contact me directly if any further information is required to claim the funds owed to me.

Kind Regards,

Jessica L. James