# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  KIRK EUGENE MULLINS

Case No.:  09-45760-abf-13

**Debtor**

## WITHDRAWAL OF TRUSTEES MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY

Comes now Richard V. Fink, Chapter 13 Trustee, and requests the Court withdraw the Trustees Motion to Deposit Funds into the Court Registry (document # 112) filed on or about August 21, 2014, and in support thereof states:

1)  On or about August 21, 2014, the trustee filed a(n) Trustees Motion to Deposit Funds into the Court Registry.

The Trustee requests that the Court withdraw the Trustees Motion to Deposit Funds into the Court Registry.

Respectfully Submitted,

September 11, 2014

/s/ Richard V. Fink, Trustee
    Richard V. Fink, Trustee
    818 Grand Blvd, Ste. 800
    Kansas City, MO 64106-1901

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
KRIGEL & KRIGEL (367532)
JESSICA L JAMES (291655)

/s/ Richard V. Fink, Trustee

JQ      /Withdraw al - Generic